### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

_____

In re:                                           Multidistrict Litigation
MEDTRONIC, INC.,                                 No. 08-1905 (RHK/JSM)
SPRINT FIDELIS LEADS
PRODUCTS LIABILITY LITIGATION

This document relates to:
*Thomas Aderman, et al. v. Medtronic, Inc., et al.*
Case No. 08-cv-00759

_____

### ORDER FOR DISMISSAL WITH PREJUDICE

_____

On June 14, 2011, the Court entered an Order (Docket No. 60) in this action directing Plaintiff(s) Carlo Alias, John Stranridge, Jerry Talley, Michael Welch, Robert Gould, Abe Johnson, Mark McClarren and Raymond Stanley to show cause, in writing, why their claims should not be dismissed with prejudice as a result of (i) the Eighth Circuit's ruling in <u>Bryant v. Medtronic, Inc.</u>, 623 F.3d 1200 (8th Cir. 2010), (ii) this Court's January 2009 ruling in <u>In re Medtronic, Inc., Sprint Fidelis Leads Products Liability Litigation</u>, 592 F. Supp. 2d 1147 (D. Minn. 2009), dismissing the Master Consolidated Complaint on the grounds of preemption, and/or (iii) their failure or refusal to respond after due inquiry and good-faith diligence by their counsel.

As set forth in the Affidavit of Plaintiffs' Lead Counsel (Docket No. 64), the Order to Show Cause was sent to the above-referenced Plaintiff(s) at their last known address(es) in accordance with the Order to Show Cause.  In addition, these Plaintiff(s) were advised (<u>see</u> Docket No. 67) that the Court would hold a hearing on the Order to Show Cause on August 4,

2011.  Nevertheless, the above-referenced Plaintiff(s) failed to appear at the August 4, 2011 hearing or otherwise respond to the Order to Show Cause.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that all claims and causes of action of Plaintiff(s) Carlo Alias, John Stranridge, Jerry Talley, Michael Welch, Robert Gould, Abe Johnson, Mark McClarren and Raymond Stanley in this action are **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: September 1, 2011                              s/ Richard H. Kyle_____
                                                     RICHARD H. KYLE
                                                     United States District Judge